**Order entered March 10, 2015**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00869-CR

**JOSE INEZ MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F13-00328-Y**

## ORDER

On November 7, 2014, this Court ordered Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file the complete reporter's record by December 31, 2014. When the record was not filed by January 15, 2015, this Court ordered Ms. Hazlewood to file the complete record by 4:00 p.m. on Monday, February 2, 2015. In the more than one month that has passed since that date, Ms. Hazlewood has neither filed the record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file the complete reporter's record, including all exhibits, by **4:00 p.m. on MONDAY, MARCH 23, 2015**. We further **ORDER** that Sharon Hazlewood not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, court reporter; the Dallas County Auditor's Office; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE